IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**HASSAN NAJI FARHANI**                                                                                    **PLAINTIFF**

v.                               Case No. 4:23-cv-01155-KGB

**UR MENDOZA JASSOU**, Director,
United States Citizenship and Immigration
Services, and **ALEJANDRO MAYORKAS**,
Secretary, United States Department of
Homeland Security                                                                                              **DEFENDANTS**

## ORDER

Before the Court is plaintiff Hassan Naji Farhani's notice of voluntary dismissal (Dkt. No. 15). On March 1, 2024, the Court stayed this case for 120 days, allowing plaintiff's asylum interview to occur and providing time for plaintiff's Asylum Application to be adjudicated (Dkt. No. 14). The parties believed that the adjudication would moot this case (Dkt. No. 13, ¶ 5). On May 20, 2024, plaintiff filed the notice of voluntary dismissal to dismisses the action, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a) (Dkt. No. 15). The stay lifted on July 2, 2024. Plaintiff's notice of voluntary dismissal accords with Federal Rule of Civil Procedure 41(a)(1)(A)(i). The Court adopts the notice of voluntary dismissal and dismisses without prejudice the case (Dkt. No. 15). The Clerk is directed to close the file.

It is so ordered this 23rd day of July, 2024.

_____
Kristine G. Baker
Chief United States District Judge